IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN RHODES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAL-MART STORES EAST, LP, )<br>WALMART, INC., and WAL-MART )<br>ASSOCIATES, INC., )<br>)<br>Defendants. ) | Case No. 21-CV-58-JWD |

JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Stephen Rhodes, by and through his attorneys of record, Charles C. Vaught and Jessica N. Vaught, of *Armstrong & Vaught, P.L.C.*, and the Defendant, Wal-Mart Stores East, LP, by and through its attorney of record, Ellen A. Adams of *GableGotwals*, and hereby give notice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), that this matter is dismissed with prejudice to the re-filing of same. Through this dismissal, each party is to bear his / its own costs and attorney's fees.

_____
Charles C. Vaught, OBA #19962
Jessica N. Vaught, OBA# 33114
ARMSTRONG & VAUGHT, P.L.C.
2727 East 21st Street, Suite 505
Tulsa, OK 74114
(918) 582-2500 – Telephone
(918) 583-1755 – Facsimile
cvaught@a-vlaw.com
jvaught@a-vlaw.com
*Attorneys for Plaintiff*

_____
Amy M. Stipe, OBA #18361
Ellen A. Adams, OBA #21581
GABLEGOTWALS
One Leadership Square, 15th Floor
211 North Robinson Avenue
Oklahoma City, OK 73102
(405) 235-5500 – Telephone
(405) 235-2875 – Facsimile
astipe@gablelaw.com
eadams@gablelaw.com
*Attorneys for Defendant*